**Scott H. Palmer, P.C.**
**Attorney & Counselor at Law**

ACCEPTED
10-17-00350-CR
TENTH COURT OF APPEALS
WACO, TEXAS
1/15/2021 10:13 AM
NITA WHITENER
CLERK

214.987.4100
Fax 214.922.9900
1.888.499.9595

FILED IN
10th COURT OF APPEALS
WACO, TEXAS

1/15/2021 1:16:00 PM

NITA WHITENER
Clerk

January 15, 2021

<u>VIA EFILE</u>
Clerk of the Court
Nita Whitener
Tenth Court of Appeals
501 Washington Avenue
Room 415
Waco, Texas 76701-1373

*Re: Mandate in Cause no. 10-17-00350-CR Ronald Wayne Kennedy v. The State of Texas*

Dear Ms. Whitener:

I would like to request a copy of the mandate that was issued on April 9, 2019 in Cause no. *10-17-00350-CR Ronald Wayne Kennedy v. The State of Texas.* Your assistance in this matter is greatly appreciated.

Sincerely,

/s/ Niles S. Illich

Niles S. Illich
Email: niles@scottpalmerlaw.com

Attorney for Appellant

LL/NSI